NAME __Walter Walker__

PRISON NUMBER __T53436   C-7 134L__

CURRENT ADDRESS OR PLACE OF CONFINEMENT __C.V.S.P.  P.O. Box 2349__

CITY, STATE, ZIP CODE __Blythe, Ca 92226__

FILED

JAN - 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

__Walter Walker__,
(FULL NAME OF PETITIONER)

**PETITIONER**

v.

__M. Muntz, Warden (A)__,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])

**RESPONDENT**

and

__Jerry Brown__,
The Attorney General of the State of
California, Additional Respondent.

'08 CV 0054 BTM WMc

Civil No. _____
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: _____
   __Riverside County Superior Court 4100 Main St. Riv. 92501__

2. Date of judgment of conviction: __4/19/02__

3. Trial court case number of the judgment of conviction being challenged: _____
   __RIF093372__

4. Length of sentence: __12 yRS. 8 months.__

CIV 68 (Rev. Dec. 1998)

K:\COMMON\FORMS\CIV-68.

5. Sentence start date and projected release date: _Sept 14, 2000 –_
   _Dec, 18, 2010_

6. Offense(s) for which you were convicted or pleaded guilty (all counts): _____
   _____ P.C. 192 A  and  11379 A  H.S. _____
   _____

7. What was your plea? (CHECK ONE)
   (a)  Not guilty        ☐
   (b)  Guilty            ☒
   (c)  Nolo contendere   ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a)  Jury        ☐
   (b)  Judge only  ☐

9. Did you testify at the trial?
   ☐ Yes   ☐ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☐ Yes   ☒ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a)  Result: _____
    (b)  Date of result, case number and citation, if known: _____
    _____
    (c)  Grounds raised on direct appeal: _____
    _____
    _____
    _____

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a)  Result: _____
    (b)  Date of result, case number and citation, if known: _____
    _____
    (c)  Grounds raised: _____
    _____
    _____
    _____

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

    (a) Result: _____

    (b) Date of result, case number and citation, if known: _____

    _____

    (c) Grounds raised: _____

    _____

    _____

    _____

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
    ☒ Yes ☐ No

15. If your answer to #14 was "Yes," give the following information:

    (a) **California Superior Court** Case Number: _RIC466893_

    (b) Nature of proceeding: _Petition For Writ of habeas Corpus (see Attached Exhibit A)_

    (c) Grounds raised: _____

    _____

    _____

    _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes ☒ No

    (e) Result: _Denied_

    (f) Date of result: _4/6/07_

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
    ☒ Yes ☐ No

3

17. If your answer to #16 was "Yes," give the following information:

    (a) **California Court of Appeal** Case Number: _EO42980_

    (b) Nature of proceeding: _Petition For Writ of Habeas Corpus (see Attached Exhibit B)_

    (c) Grounds raised: _____

    _____

    _____

    _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes ☒ No

    (e) Result: _Denied_

    (f) Date of result: _5/17/07_

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
☒ Yes ☐ No

19. If your answer to #18 was "Yes," give the following information:

    (a) **California Supreme Court** Case Number: _S153842_

    (b) Nature of proceeding: _Petition For Writ of Habeas Corpus (see Attached Exhibit C)_

    (c) Grounds raised: _____

    _____

    _____

    _____

    _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes ☒ No

    (e) Result: _Denied_

    (f) Date of result: _11/28/07_

4

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

_____

_____

_____

_____

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
　　☒ Yes ☐ No     (IF "YES" SKIP TO #22)
　　(a) If no, in what federal court was the prior action filed? _____
　　　　(i) What was the prior case number? _____
　　　　(ii) Was the prior action (CHECK ONE):
　　　　　　☐ Denied on the merits?
　　　　　　☐ Dismissed for procedural reasons?
　　　　(iii) Date of decision: _____
　　(b) Were any of the issues in this current petition also raised in the prior federal petition?
　　　　☐ Yes ☐ No
　　(c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
　　　　☐ Yes ☐ No

---

CAUTION:

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: Petitioner's sentence enhanced to the upper term maxium solely on determination of trial Judge. This action violated Petitioner's Sixth and Fourteenth Amendment rights to trial by Jury.

Supporting FACTS (state *briefly* without citing cases or law) _____

On 4/19/02 Petitioner was sentenced to the upper term, eleven years (11 yrs.), of the State of California's Determinate Sentencing Law. Though Petitioner negotiated a plea, it was his belief and expectation that mitigating evidence (lack of a criminal history) would naturally lead to the normal mid-term sentence.

Pursuant to the United States Supreme Court decision in Cunningham v. California, this Petitioner contends that his sentence is unconstitutional. In denying this Petitioner's attempt at redress, the California Supreme Court has clearly ignored The High Court's rendering in the Aforementioned Cunningham v. California, 2007 DJDar 1003. Petitioner firmly believes that the California Court's silent denials (see exhibit B #35, C #43) are dispositive proof of Petitioner's meritorious claim. Placing sentence elevation factfinding within the Judge's province violates Petitioner's right to trial by Jury safeguarded by the 6th and 14th Amendments.

Did you raise GROUND ONE in the California Supreme Court?
☒ Yes ☐ No.

CIV 68 (Rev. Dec. 1998)                    K:\COMMON\FORMS\CIV-68.

6.

(b) **GROUND TWO**: _N/A_

Supporting **FACTS** (state *briefly* without citing cases or law): _N/A_

Did you raise <u>GROUND TWO</u> in the California Supreme Court?
☐ Yes ☐ No.

7

(c) **GROUND THREE**: _____

N/A

_____

**Supporting FACTS** (state *briefly* without citing cases or law): _____

N/A

Did you raise **GROUND THREE** in the California Supreme Court?

☐ Yes ☐ No.

(d) **GROUND FOUR**: _____

N/A

**Supporting FACTS** (state *briefly* without citing cases or law): _____

N/A

**Did you raise GROUND FOUR in the California Supreme Court?**

☐ Yes ☐ No.

9

**23.** Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☐ Yes  ☒ No

**24.** If your answer to #23 is "Yes," give the following information:

    (a) Name of Court: _____

    (b) Case Number: _____ *N/A* _____

    (c) Date action filed: _____

    (d) Nature of proceeding: _____

    _____

    (e) Grounds raised: _____

    _____

    _____

    _____

    _____

    (f) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes  ☐ No

**25.** Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing: _____
    _____ Scott Omeara _____

    (b) At arraignment and plea: _____
    _____ Scott Omeara _____

    (c) At trial: _____
    _____ Scott omeara _____

    (d) At sentencing: _____
    _____ Scott omeara _____

    (e) On appeal: _____ N/A _____

    (f) In any post-conviction proceeding: _____ N/A _____
    _____ N/A _____

    (g) On appeal from any adverse ruling in a post-conviction proceeding: _____ N/A _____
    _____

CIV 68 (Rev. Dec. 1998)                    K:\COMMON\FORMS\CIV-68.

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☒ Yes ☐ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes ☒ No

   (a) If so, give name and location of court that imposed sentence to be served in the future:
   _____

   (b) Give date and length of the future sentence: _____
   _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   ☐ Yes ☐ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: _____
   _____ JAN. 5, 2008 _____

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____

SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

_____ JAN. 5, 2008 _____          _____ Walt Abell _____

(DATE)                             SIGNATURE OF PETITIONER

# Proof of Service

IN the matter of Application of:

      WAlter WAlker

For Writ of Habeas Corpus.

I WAlter WAlker petitioner IN this matter before the Court declare that I placed the enclosed Petition For Writ of Habeas Corpus IN a Sealed envelope With Correct postage attached IN U.S. mailbox. ADDressed as Follows.

Clerk of U.S. Distric Court Rm 4290
880 Front St. SAN diego CA.
92101-8900

office of Attorney General
300 Spring St. Los Angelos, CA,
90013

I declare under penalty of Perjury the For going is True and Correct.

DATE JAN 5, 2008

WAlter WAlker

12

EXhibit A

## PROOF OF SERVICE

In The Matter of Application of:                CASE NUMBER: _____

    Walter Walker,

For Writ of Habeas Corpus.


    I, Walter Walker petitioner in this matter before the Court
declare that I placed the enclosed Petition for writ of habeas corpus,
motion for appointment of counsel, motion in request of transcripts and
documents in a sealed envelope with the correct postage attached in
the U.S. mailbox at Chuckawalla Valley State Prison, Blythe CA.
addressed as follows:

               Superior Court of California
               County of Riverside, Hall of Justice
               4100 Main Street
               Riverside, CA. 92501-3626
               Attn: Clerk of the Court

               District Attorney of Riverside
               4075 Main Street
               Riverside, CA. 92501


    I declare under penalty of perjury that the foregoing is true and
correct.

    Executed on this date _Feb 21_ , 2007. at Chuckawalla Valley
State Prison.

                                     _Walter Walker_
                                     Walter Walker

MC-275

Name **Walter Walker**

Address **Chuckawalla Valley State Prison**

**P.O. Box 2349  C7 134L**

**Blythe, CA. 92226**

CDC or ID Number **T-53436**

PROPRIA PERSONA

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF RIVERSIDE

(Court)

| | |
|---|---|
| **Walter Walker** | PETITION FOR WRIT OF HABEAS CORPUS |
| Petitioner | |
| vs. | No. _____ |
| **M. Muntz, Warden(A), CVSP et al.,** | *(To be supplied by the Clerk of the Court)* |
| Respondent | |

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page one of six

Form Approved by the
Judicial Council of California
MC-275 [Rev. July 1, 2005]

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code, § 1473 at seq.;
Cal. Rules of Court, rule 60(a)

American LegalNet, Inc.
www.USCourtForms.com

**Evidentiary hearing requested**

15

This petition concerns:

- [ ] A conviction
- [ ] Parole
- [X] A sentence
- [ ] Credits
- [ ] Jail or prison conditions
- [ ] Prison discipline
- [X] Other (specify): __Unconstitutional sentence.__

1. Your name: __Walter Walker__

2. Where are you incarcerated? __Chuckawalla Valley State Prison__

3. Why are you in custody? [X] Criminal Conviction [ ] Civil Commitment

*Answer subdivisions a. through i. to the best of your ability.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

__Voluntary Manslaughter, P.C. 192(a). See attached Exhibit A__
__MFG by Chemic, H.S. 11379.6(a)__

b. Penal or other code sections: __P.C. 192(a), H.S. 11379.6(a)__

c. Name and location of sentencing or committing court: __Riverside Superior Court, Div. 61__

d. Case number: __RIF093372__

e. Date convicted or committed: __05-31-01   See attached Exhibit A.__

f. Date sentenced: __04-19-02__

g. Length of sentence: __12 years + 8 months (11 years + 20 months) (Exhibit A)__

h. When do you expect to be released? __12-18-10__

i. Were you represented by counsel in the trial court? [X] Yes. [ ] No. If yes, state the attorney's name and address.

__Scott O'Meara Public Defender__

4. What was the LAST plea you entered? *(check one)*

- [ ] Not guilty
- [X] Guilty
- [ ] Nolo Contendere
- [ ] Other: __Negotiated plea (See Exhibit A)__

5. If you pleaded not guilty, what kind of trial did you have?

- [ ] Jury
- [ ] Judge without a jury
- [ ] Submitted on transcript
- [ ] Awaiting trial

MC-275 [Rev. July 1, 2005]

**PETITION FOR WRIT OF HABEAS CORPUS**

Page two of six

*16*

6. GROUNDS FOR RELIEF

Ground 1: State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

Petitioner was sentenced to the high term of 11 years by the Judge, in violation of his Sixth and Fourteenth Amendment rights which are guaranteed by the United States Constitution.

a. Supporting facts:

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

Petitioner was on 04/19/02 (see attached Exhibit A) sentenced to the high term of 11 years. Pursuant to the decision in Cunningham v California, it is petitioner's contention that that his sentence is unconstitutional.

Petitioner hereby requests the Court to resentence petitioner to the mid term of 7 years by whatever means the Court deems appropriate and order the California Department of Corrections and Rehabilitations to recalculate petitioner's period of confinement in accordance to the above cited U.S. Supreme Court decision.

b. Supporting cases, rules, or other authority (optional):

*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

Case authority: Cunningham v California 2007 DJDAR 1003,

Holding: The DSL, by placing sentence elevation factfinding within the judge's province, violates a defendant's right to trial by jury safeguarded by the Sixth and Fourteenth Amendments.

7. Ground 2 or Ground _____ *(if applicable):*

N/A

a. Supporting facts:

N/A

b. Supporting cases, rules, or other authority:

N/A

MC-275 [Rev. July 1, 2005]                    **PETITION FOR WRIT OF HABEAS CORPUS**                    Page four of six

18

8. Did you appeal from the conviction, sentence, or commitment? ☐ Yes. ☒ No. If yes, give the following information:

   a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):

_____

   b. Result _____ c. Date of decision: _____

   d. Case number or citation of opinion, if known: _____

   e. Issues raised: (1) _____

             (2) _____

             (3) _____

   f. Were you represented by counsel on appeal? ☐ Yes. ☐ No. If yes, state the attorney's name and address, if known:

_____

9. Did you seek review in the California Supreme Court? ☐ Yes ☒ No. If yes, give the following information:

   a. Result _____ b. Date of decision: _____

   c. Case number or citation of opinion, if known: _____

   d. Issues raised: (1) _____

             (2) _____

             (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

    No Appeal

11. Administrative Review:

   a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:

    There are no adminstrative remedies for this issue, the Superior Court is the proper court to review and correct petitioner's sentence.

                                    See above.

   b. Did you seek the highest level of administrative review available? ☐ Yes. ☒ No.

    *Attach documents that show you have exhausted your administrative remedies.*

MC-275 (Rev. July 1, 2005)            **PETITION FOR WRIT OF HABEAS CORPUS**           **Page five of six**

19.

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? [X] Yes. If yes, continue with number 13. [ ] No. If no, skip to number 15.

13. a. (1) Name of court: Riverside Superior Court

(2) Nature of proceeding (for example, "habeas corpus petition"): Motion for sentence modification

(3) Issues raised: (a) Sentencing issues.

(b)

(4) Result (Attach order or explain why unavailable): Denied.

(5) Date of decision: 08-05-04

b. (1) Name of court:

(2) Nature of proceeding:

(3) Issues raised: (a)

(b)

(4) Result (Attach order or explain why unavailable):

(5) Date of decision:

c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

N/A

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.)

The decision of Cunningham v California was decided January 22, 2007. This decision declares petitioner's sentence unconstitutional.

16. Are you presently represented by counsel? [ ] Yes. [X] No. If yes, state the attorney's name and address, if known:

17. Do you have any petition, appeal, or other matter pending in any court? [ ] Yes. [X] No. If yes, explain:

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

N/A

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: February 19, 2007

▶ _Walter Wall_
(SIGNATURE OF PETITIONER)

MC-275 [Rev. July 1, 2005]

PETITION FOR WRIT OF HABEAS CORPUS

Page six of six

20

Walter Walker T-53436
CVSP  C7  134L
P.O. Box 2349
Blythe, CA. 92226

IN PROPRIA PERSONA


SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF RIVERSIDE


| | |
|---|---|
| In The Matter of Application of: | CASE NUMBER:_____ |
| Walter Walker, | MOTION IN REQUEST OF SENTENCING TRANSCRIPTS AND DOCUMENTS. |
| For Writ of Habeas Corpus. | |

TO THE HONORABLE PRESIDING JUDGE:

Petitioner, Walter Walker hereby requests that the Court provide his sentencing transcripts and documents of such to support the claims of the instant petition, in the event that the attached documents (attached as Exhibit A) are insufficient.

Petitioner makes this request pursuant to Cal. Rules of Court, Rule 187.5, In re Armstrong (1981) 126 Cal.3d 565, 178 CR 902.

WHEREFORE, Petitioner requests that the Court grant this motion in all repects.


Dated: Feb 18, 2007.

Respectfully submitted,

*Walter Walker*

Walter Walker

IN PROPRIA PERSONA

1.

21

<u>VERIFICATION</u>

I, Walter Walker declare under penalty of perjury that the foregoing is true and correct and that I believe that I am entitled to the relief sought.

Petitioner further declares that he is without funds and cannot pay for the reproduction costs of any court provided documents.

Dated: Feb 18 , 2007.

Walter Walker

2.

22

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
4100 Main St.
Riverside, CA  92501


People of the State of California
Vs.                          CASE NO.:  RIF093372
WALTER EUGENE WALKER

MINUTE ORDER

====================================================================
Sentencing (SENT)
Date:.04/19/02      Time:   9:00 am   Dept/Div: 61
====================================================================
Charges:  1) 187 PC-F D, 2) 11379.6(A) HS-F C, 3) 192(A) PC-F C

--------------------------------------------------------------------
-------------------------------------------------------------------

Honorable Retired/Assigned RUSSELL F. SCHOOLING Presiding.
Courtroom Assistant: E. Reyes
Court Reporter: KAREN HEGGI
People Represented By Deputy District Attorney JOHN DAVIS.
Defendant Represented By CDP-SCOTT O'MEARA.
Defendant Present.
At 10:00, the following proceedings were held:
DEFENDANT ADDRESSES THE COURT.
Defendant Waives Arraignment For pronouncement of judgment.
Defendant Requests Immediate Sentence.
No Legal Cause why sentence should not now be pronounced.
PURSUANT TO PLEA AGREEMENT.
Probation Is Denied and sentence is imposed as follows: (SENT)
As to Count(s) 003, the Court imposes the UPPER term of 11 year
0 months.
Principal Count Deemed to be Count # 003.
AS TO COUNT 2: 1/3 MID TERM 4 FOR 1 YR 4 MONTHS.
Count 02 to Run ConSecutive to count 03.
Sentenced to State Prison for a total term of 12 years and 4
months.
Case to run ConCurrent to Any: Violation of Parole/Probation.
CREDIT FOR TIME SERVED of 685 actual days plus 102 days pursuant
to 2933.1 PC for a total of 787 days.
Pay Restitution Fine pursuant to 1202.4(b) PC in the amount of
$200.00. (PRISON)
Pursuant to section 2085.5 PC, Department of Corrections is
authorized to collect restitution Obligations.
Additional Parole Restitution Fine imposed pursuant to 1202.45
PC in the amount of $200.00; suspended unless parole is revoked.
(PRISON)
Defendant advised of Parole Rights.
Defendant waives right to appeal.
Oral Motion By People regarding Move to Dismiss Count-001 is
called for hearing.

23

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERISDE

IN THE MATTER OF THE APPLICATION OF: ) Case No.: No. RIC466893
                                     )
                                     ) ORDER RE: PETITION FOR WRIT
                                     ) OF HABEAS CORPUS
Walter Walker                        )
                                     )
FOR A WRIT OF HABEAS CORPUS          )
                                     )
                                     )
                                     )

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

APR 06 2007

The Court, having read and considered the Petition for Writ of Habeas Corpus, presented this 6th day of April, 20 07, hereby orders the following:

_____ Pursuant to California Rule of Court 4.551, the petition is denied due to the failure of the petition to state a prima facie factual case supporting petitioner's release. While the petition states a number of factual conclusions, these broad conclusions are not backed up with specific details, and/or are not supported by the record in the case.

✓ Pursuant to California Rule of Court 4.551, the petition is denied due to the failure of the petition to state a prima facie case supporting petitioner's release. The petition makes assertions regarding the applicable law that are contrary to established California case decisions.

cunningham not retro.

Summary of Pleading - 1

Z4

_____ Pursuant to California Rule of Court 4.551, the petition is denied due to the failure of the petition to establish that petitioner has exhausted available administrative remedies.

_____ Pursuant to California Rule of Court 4.551, the petition is denied because the petition failed to raise any new issue that has not previously been addressed in an earlier Writ petition.

_____ Pursuant to California Rule of Court 4.551, the petition is denied because the petition is now moot due to changed conditions.

_____ Pursuant to California Rule of Court 4.551(b), the court invites respondent to submit an informal response to the petition within 15 days.  Should an informal response be submitted, it shall be served on petitioner.  Petitioner shall have an additional 15 days after service of the informal response in which to file a reply.

_____ Pursuant to California Rule of Court 4.551(c), the court finds that the petition states a prima facie basis for relief and Respondent is ordered to show cause why the petition should not be granted.  Respondent is ordered to submit a Return to the Petition within 30 days.

25

1     Pursuant to Griggs v. Superior Court (1976) 16 C3d 341,

2    the court finds that the petition states a prima facie

3    basis for relief and transfers the petition to the

4    Superior Court of California, County of _____,

5    the court whose proceedings are asserted as being in error

6    by the petition.

7

8

9

10

11

12

13

14  Dated: 4/6/7

15                       Judge of the Superior Court

16                       County of Riverside

17

18

19

20

21

22

23

24

25

Exhibit B

27

1  STATE OF CALIFORNIA )                    PROOF OF SERVICE BY
                       : SS
2  COUNTY OF RIVERSIDE )                PERSON IN STATE CUSTODY

3      I, Walter Walker_____, the undersigned, certify, and do declare

4  that I am over the age of 18 years, incarcerated at Chuckawalla Valley State

5  Prison, located at Blythe, CA. and a party / not a party to the attached

6  foregoing cause of action. On  4/24/07  , I did serve a true

7  copy of: **Petition for Writ of Habeas Corpus, Motion for**

8  **Appointment of Counsel, Motion in Request of Sentencing**

9  **Transcripts and Documents. (And attached Exhibits)**

10  **(The above stated Motions are included with Exhibit B of the**
    **Superior Court Petition)**

11

12

13  [ ] by depositing it in a prison mail box in a sealed envelope, or ☒ by

14  handing it to institutional staff in a sealed envelope, along [ ] with

15  Inmate Trust Account Withdrawal Order Form Attached to it requesting that

16  postage be fully prepaid, or ☒ with postage affixed thereto for deposit

17  in the United States Mail pursuant to California Code of Regulations Sections

18  3142 and 3165: addressed to the following:

19          Office of the Attorney General
20          300 Spring Street
            Los Angeles, CA. 90013

21

22  Intended place of mailing: U.S. Post Office, at Blythe, California.

23  I further declare under penalty of perjury that the foregoing is true and

24  correct to the best of my knowledge, and belief.  Executed on  4/24/07

25

26                                    _____
27                                    PETITIONER/DECLARANT IN PRO PER
28

28

MC-275

Name   **Walter Walker**

Address   **Chuckawalla Valley State Prison**

**P.O. Box 2349  C7 134L**

**Blythe, CA. 92226**

CDC or ID Number   **T-53436**

## CALIFORNIA COURT OF APPEAL

## FOURTH APPELLATE DISTRICT

(Court)

| | |
|---|---|
| **Walter Walker** | PETITION FOR WRIT OF HABEAS CORPUS |
| Petitioner | No. _____ |
| vs. | *(To be supplied by the Clerk of the Court)* |
| **M. Muntz, Warden(A), CVSP et al.,** | |
| Respondent | |

### INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need more space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page one of six

Form Approved by the
Judicial Council of California
MC-275 [Rev. July 1, 2005]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 60(a)

American LegalNet, Inc.
www.USCourtForms.com

**\*\*Evidentiary Hearing Requested\*\***

29

This petition concerns:

☐ A conviction                    ☐ Parole

☒ A sentence                      ☐ Credits

☐ Jail or prison conditions       ☐ Prison discipline

☒ Other (specify):  Unconstitutional sentence.

1. Your name:  Walter Walker

2. Where are you incarcerated?  Chuckawalla Valley State Prison

3. Why are you in custody?  ☒ Criminal Conviction  ☐ Civil Commitment

*Answer subdivisions a. through i. to the best of your ability.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   Voluntary Manslaughter, P.C. 192(a).  See attached Exhibit A

   MFG by Chemic, H.S. 11379.6(a)

b. Penal or other code sections:  P.C. 192(a), H.S. 11379.6(a)

c. Name and location of sentencing or committing court:  Riverside Superior Court, Div. 61

d. Case number:  RIF093372

e. Date convicted or committed:  05-31-01  See attached Exhibit A.

f. Date sentenced:  04-19-02

g. Length of sentence:  12 years + 8 months  (11 years + 20 months) (Exhibit A)

h. When do you expect to be released?  12-18-10

i. Were you represented by counsel in the trial court?  ☒ Yes  ☐ No. If yes, state the attorney's name and address:

   Scott O'Meara Public Defender

4. What was the LAST plea you entered? *(check one)*

   ☐ Not guilty  ☒ Guilty  ☐ Nolo Contendere  ☐ Other:  Negotiated plea (See Exhibit A)

5. If you pleaded not guilty, what kind of trial did you have?

   ☐ Jury  ☐ Judge without a jury  ☐ Submitted on transcript  ☐ Awaiting trial

MC-275 [Rev. July 1, 2005]          **PETITION FOR WRIT OF HABEAS CORPUS**          Page two of six

30

6. GROUNDS FOR RELIEF

Ground 1: State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." (if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)

Petitioner respectfully contends that the Superior Courts decision denying him relief and stating that Cunningham is not retroactive is in error. Petitioner stands on his claims and grounds for relief stated in the Superior Court Petition (attached as Exhibit B)

a. Supporting facts:

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. If necessary, attach additional pages. CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See In re Swain (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: who did exactly what to violate your rights at what time (when) or place (where). (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)

Petitioner stands on his supporting facts from the Superior Court Petition. In addition, pursuant to the holding in Cunningham the DSL in California was found to be unconstitutional, therefore, petitioner's Upper Term sentence of 11 years is unconstitutional as well, and must be reduced.

b. Supporting cases, rules, or other authority (optional):

(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)

Cunninham v California 2007 DJDAR 1003; and all the cases cited therein.

31

7. Ground 2 or Ground _____ (if applicable):

The Superior court ruling does not conform to Cal. Rules of Court
4.551(g)

a. Supporting facts:

The Superior Court cited no authority for its ruling denying
the prior petition. In addition, had petitioner's wife not
obtained a copy of the Superior Court denial from their website
(attached as Exhibit A) petitioner would not even know that his
petition had been denied. Petitioner 's procedural due process
rights were violated.

b. Supporting cases, rules, or other authority:

California Rules of Court, XXXX  4.551(g)

32

8. Did you appeal from the conviction, sentence, or commitment? ☐ Yes. ☒ No. If yes, give the following information:

a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):

_____

b. Result _____    c. Date of decision: _____

d. Case number or citation of opinion, if known: _____

e. Issues raised: (1) _____

(2) _____

(3) _____

f. Were you represented by counsel on appeal? ☐ Yes. ☐ No. If yes, state the attorney's name and address, if known:

_____

9. Did you seek review in the California Supreme Court? ☐ Yes ☒ No. If yes, give the following information:

a. Result _____    b. Date of decision: _____

c. Case number or citation of opinion, if known: _____

d. Issues raised: (1) _____

(2) _____

(3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

_____

No Appeal _____

11. Administrative Review:

a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:

There are no adminstrative remedies for this issue, the Superior Court is the proper court to review and correct petitioner's sentence.

_____

_____

_____

_____

_____

_____

_____

b. Did you seek the highest level of administrative review available? ☐ Yes. ☒ No.    See above.
*Attach documents that show you have exhausted your administrative remedies.*

MC-275 [Rev. July 1, 2005]    **PETITION FOR WRIT OF HABEAS CORPUS**    Page five of six

*33*

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☒ Yes. If yes, continue with number 13. ☐ No. If no, skip to number 15.

13. a. (1) Name of court: Riverside Superior Court

(2) Nature of proceeding (for example, "habeas corpus petition"): XXXXXXXXXX Motion for sentence Modification.

(3) Issues raised: (a) Sentencing issues.

(b) _____

(4) Result (Attach order or explain why unavailable): Denied.

(5) Date of decision: 08-05-04

b. (1) Name of court: Riverside Superior Court   (attached as Exhibit XXX B)

(2) Nature of proceeding: Habeas Corpus.

(3) Issues raised: (a) Unconstitutional sentence.

(b) _____

(4) Result (Attach order or explain why unavailable): See attached Exhibit A

(5) Date of decision: April 6, 2007

c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

N/A

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.) The decision of Cunningham v California was decided January 22, 2007. This decision declares petitioner's sentence unconstitutional.

16. Are you presently represented by counsel? ☐ Yes. ☒ No. If yes, state the attorney's name and address, if known:

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☒ No. If yes, explain:

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

N/A

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 4-26-07    ► _Walter Walch_ (SIGNATURE OF PETITIONER)

MC-275 (Rev. July 1, 2005)    PETITION FOR WRIT OF HABEAS CORPUS    Page six of six

34

COURT OF APPEAL -- STATE OF CALIFORNIA
FOURTH DISTRICT
DIVISION TWO

## **ORDER**



MAY 17 2007

COURT OF APPEAL FOURTH DISTRICT

In re WALTER WALKER

on Habeas Corpus.

E042980

(Super.Ct.Nos. RIF093372 &
& RIC466893)

The County of Riverside

THE COURT

The petition for writ of habeas corpus is DENIED.

**MILLER**

Acting P.J.

cc:    See attached list

COPY 35



Name  Walter Walker

Address Chuckawalla Valley State Prison

P.O. Box 2349   C7 134L

Blythe, CA 92226

CDC or ID Number  T-53436

MC-275

**SUPREME COURT**
**FILED**

JUN 1 8 2007

**Frederick K. Ohlrich Clerk**

_____
**Deputy**

California Supreme Court
_____
(Court)

_____

| |
|---|
| Walter Walker |
| Petitioner |
| vs. |
| M. Muntz, Warden (A) |
| Respondent |

PETITION FOR WRIT OF HABEAS CORPUS

# S153842

No. _____

*(To be supplied by the Clerk of the Court)*

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page one of six

Form Approved by the
Judicial Council of California
MC-275 [Rev. July 1, 2005]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 60(e)

American LegalNet Inc.
www.USCourtForms.com

37

This petition concerns:

- [ ] A conviction
- [X] A sentence
- [ ] Jail or prison conditions
- [X] Other (specify): Unconstitutional Sentence

- [ ] Parole
- [ ] Credits
- [ ] Prison discipline

1. Your name: Walter Walker

2. Where are you incarcerated? Chuckawalla Valley State Prison

3. Why are you in custody? [X] Criminal Conviction  [ ] Civil Commitment

   Answer subdivisions a. through i. to the best of your ability.

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   Voluntary Manslaughter P.C. 192(a). Mfg. Chemic. H&S 11379.6(a)

   b. Penal or other code sections: _____

   c. Name and location of sentencing or committing court: Riverside Superior Court Div. 61

   d. Case number: RIF093372

   e. Date convicted or committed: 05/31/01

   f. Date sentenced: 04/19/02

   g. Length of sentence: 12 years 8 months (11 years + 20 months)

   h. When do you expect to be released? 12/18/10

   i. Were you represented by counsel in the trial court? [X] Yes.  [ ] No. If yes, state the attorney's name and address:

   Scott O'Meara, Public Defender

4. What was the LAST plea you entered? (check one)

   [ ] Not guilty  [X] Guilty  [ ] Nolo Contendere  [ ] Other: Negotiated Plea

5. If you pleaded not guilty, what kind of trial did you have?

   [ ] Jury  [ ] Judge without a jury  [ ] Submitted on transcript  [ ] Awaiting trial

---

38

6. GROUNDS FOR RELIEF

Ground 1: State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." (If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)

Petitioner respectfully contends that the Appellate Court decision
denying him relief and stating no opinion for its decision is in
error. Petitioner stands on his claims and grounds for the relief
stated in the court below.

a. Supporting facts:

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. If necessary, attach additional pages. CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See In re Swain (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: who did exactly what to violate your rights at what time (when) or place (where). (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)

Petitioner stands on the supporting facts found in the previous
petitions stating Petitioner's sentence is unconstitutional and,
additionally the DSL is an unconstitutional statute under which
Petitioner is sentenced. The DSL was held to be unconstitutional sub-
sequently and, as a result thereof, petitioner's Upper Term sentence
of 11 years is unconstitutional and must be reduced.

b. Supporting cases, rules, or other authority (optional):

(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)

Cunningham v California, 549 U.S.     , 127 S.Ct. 856;  Apprendi v New
Jersey 530 U.S. 466;  Blakely v Washington, 542 U.S. 296.

39

7. Ground 2 or Ground _____ *(if applicable):*

The decision, in this matter, of the Riverside Superior Court was issued
in violation of Cal.Rules of Court; Rule 4.551(g).

a. Supporting facts:

The Superior Cited no authority for its decision denying the prior
petition.  Additionally the Court of Appeal, Fourth District denied a
similar petition without opinion.

b. Supporting cases, rules, or other authority:

California Rules of Court; Rule 4.551(g).

40

8. Did you appeal from the conviction, sentence, or commitment?  ☐ Yes.  ☒ No.  If yes, give the following information:

a.  Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):

_____

b.  Result _____  c.  Date of decision: _____

d.  Case number or citation of opinion, if known: _____

e.  Issues raised:  (1) _____

(2) _____

(3) _____

f.  Were you represented by counsel on appeal?  ☐ Yes.  ☐ No. If yes, state the attorney's name and address, if known:

_____

9. Did you seek review in the California Supreme Court?  ☐ Yes  ☒ No.  If yes, give the following information:

a.  Result _____  b.  Date of decision: _____

c.  Case number or citation of opinion, if known: _____

d.  Issues raised:  (1) _____

(2) _____

(3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

No Appeal

_____

11. Administrative Review:

a.  If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:

There are no administrative remedies for this issue.

_____

_____

_____

_____

_____

_____

_____

_____

_____

b.  Did you seek the highest level of administrative review available?  ☐ Yes.  ☒ No.
*Attach documents that show you have exhausted your administrative remedies.*

41

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? [X] Yes. If yes, continue with number 13.   [ ] No. If no, skip to number 15.

13. a. (1) Name of court: __Riverside Superior Court__

   (2) Nature of proceeding (for example, "habeas corpus petition"): __Motion for Modification of Sentence__

   (3) Issues raised: (a) __Sentencing issues__

   (b) _____

   (4) Result (Attach order or explain why unavailable): __denied__

   (5) Date of decision: __Unknown__

 b. (1) Name of court: __Riverside Superior Court__

   (2) Nature of proceeding: __Petition for Writ of Habeas Corpus__

   (3) Issues raised: (a) __Unconstitutional Sentence__

   (b) _____

   (4) Result (Attach order or explain why unavailable): __Denied: See Appx. 1  Exhibit A__

   (5) Date of decision: __4/6/07__

 c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:
   _____
   _____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.)

   __The Decision of Cunningham v California, was decided Jan. 22, 2007.  This__
   __decision declares Petitioner's sentence unconstitutional.__

16. Are you presently represented by counsel?  [ ] Yes.   [X] No. If yes, state the attorney's name and address, if known:
   _____
   _____

17. Do you have any petition, appeal, or other matter pending in any court?   [ ] Yes.   [X] No. If yes, explain:
   _____
   _____

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:
   _____ N/A _____

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: __6-12-07__                               ▶ _Walter Walker_
                                                   (SIGNATURE OF PETITIONER)

MC-275 (Rev. July 1, 2005)          PETITION FOR WRIT OF HABEAS CORPUS                    Page six of six

42

S153842

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

In re WALTER WALKER on Habeas Corpus

The petition for writ of habeas corpus is denied.

SUPREME COURT
**FILED**

NOV 2 8 2007

Frederick K. Ohlrich Clerk

Deputy

**GEORGE**

Chief Justice

43

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

**Walter Walker**

**DEFENDANTS**

**M. Muntz, Warden**

*FILED*
*JAN - 9 2008*
*CLERK, U.S. DISTRICT COURT*
*SOUTHERN DISTRICT OF CALIFORNIA*
*BY                    DEPUTY*

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** **Riverside**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Walter Walker T53436
CVSP PO Box 2349
Blythe, CA 92226

**ATTORNEYS (IF KNOWN)**

**'08 CV 0054 BTM WMc**

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX
(For Diversity Cases Only)    FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 28 U.S.C. 2254

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding    ☐ 2 Removal from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23    DEMAND $    Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**    JUDGE                    Docket Number

DATE **1/9/08**    SIGNATURE OF ATTORNEY OF RECORD    *PDC*
*PAID $5- 1/10/08 RCPT# 14627 SB4*

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 146275    – BH**

**January 10, 2008
10:07:44**

**Habeas Corpus**
USAO #.: 08CV0054 HABEAS FILING
Judge..: BARRY T MOSKOWITZ
Amount.:              $5.00 MO
Check#.: 11390770157

**Total–>  $5.00**

FROM: WALKER V. MUNTZ
       HABEAS FILING